NUMBER 13-00-323-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


___________________________________________________________________


CYNTHIA BECERRA
, Appellant,


v.


THE STATE OF TEXAS, Appellee.

___________________________________________________________________


On appeal from the 377th District Court 


 of Victoria County, Texas

___________________________________________________________________


O P I N I O N 



Before Justices Dorsey, Rodriguez Kennedy(1) 


Opinion Per Curiam



 Appellant, CYNTHIA BECERRA, attempted to perfect an appeal
from a judgment entered by the 377th District Court of Victoria County,
Texas. On July 3, 2000, the trial court granted appellant's motion for
new trial.

 The Court, having examined and fully considered the documents
on file and the trial court's order granting a new trial, is of the opinion
that the appeal should be dismissed for want of jurisdiction. The appeal
is hereby DISMISSED FOR WANT OF JURISDICTION.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 31st day of August, 2000.


1. Retired Justice Noah Kennedy assigned to this Court by the Chief Justice of the Supreme
Court of Texas pursuant to Tex. Gov't Code Ann. § 74.003 (Vernon 1988).